# Third District Court of Appeal

## State of Florida

Opinion filed March 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1361
Lower Tribunal No. 19-15318
_____


**M.D.V., the Mother,**
Appellant,

vs.

**Department of Children and Familes, et al.,**
Appellees.


An appeal from the Circuit Court for Miami-Dade County, Michelle Alvarez Barakat, Judge.

Eugene F. Zenobi, Regional Counsel, and Kevin Coyle Colbert, Assistant Regional Counsel, for appellant.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee), for appellee, Guardian ad Litem, Karla Perkins, for appellee, Department of Children and Families.


Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.